UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. WHALEN, an individual,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>QUEST DIAGNOSTICS, INC., a Delaware corporation,<br><br>　　　　　　　Defendants. | Case No. 07cv1820 JM(AJB)<br><br>ORDER ON JOINT MOTION TO CONTINUE DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT [Docket No. 5] |

　　　Upon the stipulation of the parties, and for good cause being shown, the Joint Motion to Continue Defendant's Time to Respond to the Complaint is GRANTED.  Defendant shall have up to and including October 4, 2007 to respond to the Complaint.

　　　IT IS SO ORDERED.

DATED: October 4, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge