# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. WHALEN, an individual, ) | Case No. 07cv1820 JM(AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER ON JOINT MOTION TO |
| ) | CONTINUE DEFENDANT'S TIME TO |
| QUEST DIAGNOSTICS, INC., a Delaware ) | RESPOND TO THE COMPLAINT [Docket |
| corporation, ) | No. 8] |
| ) | |
| Defendants. ) | |
| ) | |

Upon the stipulation of the parties, and for good cause being shown, the Joint Motion to Continue Defendant's Time to Respond to the Complaint is GRANTED. Defendant shall have up to and including October 16, 2007 to respond to the Complaint.

IT IS SO ORDERED.

DATED: October 12, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge