UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. WHALEN, an individual, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> QUEST DIAGNOSTICS, INC., a Delaware ) <br> corporation, ) <br> ) <br> Defendants. ) <br> ) | Case No. 07cv1820 JM(AJB) <br><br> ORDER ON JOINT MOTION TO CONTINUE PLAINTIFF/COUNTER-DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT [Docket No. 12] |

    Upon the stipulation of the parties, and for good cause being shown, the Joint Motion to Continue Time to Respond to the Complaint is GRANTED.  Plaintiff shall have up to and including November 22, 2007 to respond to the Counterclaim.

    IT IS SO ORDERED.

DATED: November 7, 2007

                                                Hon. Jeffrey T. Miller <br>
                                                United States District Judge