1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19

| | |
|---|---|
| ROBERT B. WHALEN, an individual, | ) ) | Case No.: 07-CV-1820-JM (AJB) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER  ON JOINT MOTION TO** |
| QUEST DIAGNOSTICS, INC., a Delaware  corporation, | ) ) ) | **CONTINUE PLAINTIFF AND COUNTER-DEFENDANT ROBERT E. WHALEN'S TIME TO RESPOND** |
| Defendant. | ) ) ) | **TO THE COUNTERCLAIM** |
| | ) ) | Action Filed:  August 16, 2007 Trial Date: None |
| AND RELATED COUNTER-CLAIMS | ) | |

20   Upon the stipulation of the parties, and for good cause being shown, the Joint Motion to

21 Continue Plaintiff and Counter-Defendant Robert E. Whalen's time to respond to the Counterclaim

22 is GRANTED.   Plaintiff shall have up to and including December 21, 2007 to respond to the

23 Counterclaim.

24   **IT IS SO ORDERED:**

25 Dated: December 6, 2007

Hon. Jeffrey T. Miller
United States District Judge

26
27
28

LA1 1009368v.1